**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:08-cr-129 |
| ) | (Phillips/Guyton) |
| **ADAM HOLMES,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

On December 22, 2008, the Honorable H. Bruce Guyton, United States Magistrate Judge, entered a twenty-one page Report and Recommendation ("R&R") [Doc. 22], in which he recommended that defendant's Motion to Suppress Evidence [Doc. 12] be denied. Pursuant to Rules 59(b)(2) and 45 of the Federal Rules of Criminal Procedure, the deadline for timely objections has passed, with no such objections filed by either party.

After a careful review of the record, the court finds itself in complete agreement with Judge Guyton's thorough analysis of defendant's motion. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this order, whereby defendant's Motion to Suppress Evidence [Doc. 12] is **DENIED**.

**IT IS SO ORDERED**.

**ENTER:**

     s/ Thomas W. Phillips     
United States District Judge